# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Patricia Roeker, | Civil No. 09-2292 (RHK/SRN) |
| Plaintiff, | |
| vs. | **ORDER** |
| Jerry's Body Shop, Inc., | |
| Defendant | |

Pursuant to the parties' Stipulation (Doc. No. 15), **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE** on the merits, without further costs, disbursements, interest or fees of any kind to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 24, 2010

                                                  s/Richard H. Kyle_____
                                                  RICHARD H. KYLE
                                                  United States District Judge